# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

In re

    3MB, LLC

Case No.

## VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the attached Master Address List is a true, correct, and complete list of creditors and their addresses in this case.

I (we) acknowledge the following:

- Filing a Master Address List with incomplete or incorrect addresses may mean that creditor(s) with incomplete or incorrect address(es) may not receive notification of this Bankruptcy case.

- The debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any, share responsibility for the accuracy and completeness of the attached Master Address.

- The Court will use the addresses on the attached Master Address List for all items that the Court mails, and will not rely on other documents filed in this case (such as schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure) to obtain or verify the addresses of creditors.

DATED:    August 11, 2020

/s/ Robert Bell
Debtor's Signature

Submit this form and your Master Address List to one of the following addresses:

Sacramento Division
501 I Street, Suite 3-200
Sacramento, CA 95814

Modesto Division
Mailing Address:
501 I Street, Suite 3-200
Sacramento, CA 95814

Physical Address:
1200 I Street, Suite 4
Modesto, CA 95354

Fresno Division
2500 Tulare Street, Suite 2501
Fresno, CA 93721

EDC 2-100   (Rev. 6/20/17)

```
Alan Scott Hair and Mary Charles Hair
c/o Daniel Rodriguez, Esq.
Rodriguez & Associates
2020 Eye Street
Bakersfield, CA 93301

Assured Lender Services, Inc.
2552 Walnut Avenue
Suite 100
Tustin, CA 92780

Bear Stearns Commercial Mortgage Securit
c/o Mark Birmbaun, Esq.
Perkins Coie
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

C-III Asset Management, LLC
5221 N. O'Connor Blvd., Suite 600
Irving, TX 75039

CITA
1201 24th Street, Suite B-210
Bakersfield, CA 93301

Cita Development, Inc.
1201 24th Street, Suite B210
Bakersfield, CA 93301

City of Bakersfield
Office of the City Attorney
1600 Truxtun Avenue, 4th Floor
Bakersfield, CA 93301

Hiedie Tillman
c/o Gabriel A. Godinez
Godinez Law
1307 N Street
Bakersfield, CA 93301

Juicy Burger Corporation
c/o Jessica Saldo, Esq.
Mark R. Weiner & Associates
655 N. Central Avenue, 12th Floor
Glendale, CA 91203

Kern County Treasurer-Tax Collector
1115 Truxtun Avenue, 2nd Floor
Bakersfield, CA 93301

Kevin H. Brogan, Es.
Hill, Farrer & Burrill, LLP
300 S. Grand Avenue, 3th Floor
Los Angeles, CA 90071
```

```
Mark Birnbaum, Esq.
Perkins Coie, LLP
1888 Century Park East, Suite 1700
Los Angeles, CA 90067-1721

Mark E. Rudolph, Esq.
The Rudolph Law Firm
966 N 117th Way
Scottsdale, AZ 85259

Mark Thomas
13420 Pergola Avenue
Bakersfield, CA 93314

Prudential Mortgage Capital Funding
2100 Ross Aye, Ste. 2500
Dallas, TX 75201

Robert Bell
2807 Arroyita Drive
Bakersfield, CA 93305

Robert J. Newman, Jr.
4144 Gilbert Avenue
Western Springs, IL 60558

Treble, LLC
1201 24th Street, Suite B210
Bakersfield, CA 93301

U.S. Bank National Association
c/o Mark Birmbaum, Esq.
Perkins Coie
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

US Bank
800 Nicollet Mall
Minneapolis, MN 55402
```